UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JANELLE HARRIS,

 Plaintiff,

v.               Case No. 8:22-cv-1670-KKM-SPF

HUNTER WARFIELD, INC.,

 Defendant.
_____

## ORDER

  Plaintiff notified the Court that the parties settled this case. (Doc. 16.) Accordingly, it is **ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE**. *See* Local Rule 3.09(b). Within 30 days of this order, the parties may submit a stipulated judgment or move to reopen this action. *See id.*; FED. R. CIV. P. 59(e), 60(b). After that 30-day period, dismissal shall be **WITH PREJUDICE**. The Clerk is directed to terminate any pending motions and deadlines and to close this case.

  **ORDERED** in Tampa, Florida, on November 23, 2022.

               _____
               Kathryn Kimball Mizelle
               United States District Judge